UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY HIRING PRACTICES DERIVATIVE LITIGATION | Case No. 22-cv-05173-TLT<br><br>And related Case Nos.<br>3:22-cv-05473-TLT<br>3:23-cv-03366-TLT<br>3:23-cv-01168-TLT<br>3:23-cv-04934-TLT<br><br>**ORDER CONSOLIDATING CASES** |

The Court **ORDERS** the following related cases:

(1) *Rogers v. Wells Fargo & Co. et al.*, 22-cv-05473-TLT;

(2) *City of Pontiac Reestablished General Employees Retirement System v. Black et al.*, 23-cv-03366-TLT;

(3) *Asbestos Workers Philadelphia Pension Fund et al. v. Scharf et al.*, 23-cv-01168-TLT;

(4) *Cook v. Black et al.*, 23-cv-04934-TLT

Are **CONSOLIDATED** with lead case *Gervat et al. v. Wells Fargo & Co. et al.*, Case No. 22-cv-05173-TLT. All further filings in these matters shall be in the lead case number and filings under the caption "*In re Wells Fargo & Company Hiring Practices Derivative Litigation*".

**IT IS SO ORDERED.**

Dated: April 11, 2024

TRINA L. THOMPSON
United States District Judge