**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Erica L. Stone (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile (212) 202-3827
Email: estone@rosenlegal.com

**THE BROWN LAW FIRM, P.C.**
Robert C. Moest, Of Counsel, SBN 62166
2350 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897

Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
E-mail: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY HIRING PRACTICES DERIVATIVE LITIGATION | Lead Case No. 3:22-cv-05173-TLT<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO NOMINAL DEFENDANT'S MOTION TO DISMISS AND JOINDERS THERETO** |
| This Document Relates to:<br><br>ALL ACTIONS | Hearing Date: August 15, 2023<br>Time: 2:00 p.m.<br>Courtroom: 9, 9th Floor<br>Judge: Hon. Trina L. Thompson |

Supporting the accompanying Opposition to Nominal Defendant's Motion to Dismiss the Complaint for Failure Adequately to Plead Demand Futility and Joinders Thereto, Plaintiffs Hugues Gervat and Charles Rogers ("Plaintiffs") respectfully request that the Court take judicial notice of the documents attached as Exhibits B and C to the accompanying Declaration of Erica L. Stone in Support of Plaintiffs' Opposition to Nominal Defendant's Motion to Dismiss and Joinders Thereto ("Stone Declaration").

## DOCUMENTS SUBJECT TO THIS REQUEST

| Exhibits | Description |
| --- | --- |
| B | Statements regarding 2020 Board of Director Compensation in the Schedule 14A proxy statement filed by Wells Fargo & Company on March 16, 2021. |
| C | Statements regarding 2022 Board of Director Compensation in the Schedule 14A proxy statement filed by Wells Fargo & Company on March 15, 2023. |

## DISCUSSION

Under Federal Rule of Evidence 201, a court may take judicial notice of a fact that is "not subject to reasonable dispute," either "because it is generally known within the court's territorial jurisdiction," or because it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Here, pursuant to Fed. R. Evid. 201(b), Plaintiffs request judicial notice of excerpts of two of Wells Fargo & Company's publicly available U.S. Securities and Exchange ("SEC") filings, the Schedule 14A proxy statements filed on March 16, 2021 and March 15, 2023, which are respectively attached as Exhibits B and C to the Stone Declaration. As discussed herein, courts routinely approve similar requests.

The Court may also take judicial notice of publicly available documents filed with the SEC. *See Metzler Inv. GMBH v. Corinthian Colleges, Inc*., 540 F.3d 1049, 1064 n. 7 (9th Cir. 2008)

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO NOMINAL DEFENDANT'S MOTION TO DISMISS AND JOINDERS THERETO; Case No. 3:22-cv-05173-TLT

1

(taking judicial notice of SEC filings during motion to dismiss briefing); *In re Yahoo! Inc. S'holder Derivative Litig.*, 153 F. Supp. 3d 1107 (N.D. Cal. 2015) (Courts may consider SEC filings when considering motions to dismiss under Rule 23.1); *In re Intel Corp. Sec. Litig.*, 2019 WL 1427660, at *7 (N.D. Cal. Mar. 29, 2019) ("SEC filings are routinely subject to judicial notice"). The two publicly filed SEC proxy statement excerpts that Plaintiffs attach to the Stone Declaration detail the annual compensation of certain officers and directors. Thus, Exhibits B and C are proper for judicial notice.

Additionally, Exhibit B can be recognized for its truth under the incorporation by reference doctrine. In the Ninth Circuit, this doctrine "treats certain documents as though they are part of the complaint itself." *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018); *In re Silicon Graphics Inc. Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999), *superseded by statute on other grounds as stated in In re Quality Sys., Inc. Litig.*, 865 F.3d 1130, 1146 (9th Cir. 2017) (incorporation by reference "permits a district court to consider documents 'whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading'"). Under the incorporation by reference doctrine, the Court may recognize documents that were not attached to a complaint if "the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim." *Khoja,* 899 F.3d at 1002, citing *United States v. Ritchie*, 342 F.3d 903, 907. (9th Cir. 2003). The Schedule 14A proxy statement filed with the SEC on March 16, 2021 ("2021 Proxy Statement") was referenced in the Verified Consolidated Amended Shareholder Derivative Complaint ("Amended Complaint") in paragraphs 163, 165-166, 191-205, 243, 311, 342, 344. Accordingly, the Court should permit incorporation of the 2021 Proxy Statement by reference.

# CONCLUSION

Plaintiffs respectfully request that the Court take judicial notice of Exhibits B and C attached to the Stone Declaration. In addition to being a publicly available SEC filing proper for judicial notice, Plaintiffs respectfully submit that the 2021 Proxy Statement (Exhibit B), is incorporated by reference as the Amended Complaint specifically references and relies on this document extensively.

Dated: June 2, 2023                                   Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Erica L. Stone*
Laurence M. Rosen (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
E-mail: lrosen@rosenlegal.com

Erica L. Stone (admitted *pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile (212) 202-3827
E-mail: estone@rosenlegal.com

**THE BROWN LAW FIRM, P.C.**
Robert C. Moest, Of Counsel, SBN 62166
2350 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897

Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
E-mail: tbrown@thebrownlawfirm.net

**CERTIFICATE OF SERVICE**

I certify that on June 2, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Erica L. Stone*

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO NOMINAL DEFENDANT'S MOTION TO DISMISS AND JOINDERS THERETO; Case No. 3:22-cv-05173-TLT

4