UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGUES GERVAT, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-05173-TLT  (SK)<br><br>**ORDER ON DISCOVERY DISPUTE REGARDING DEPOSITION**<br><br>Regarding Docket No. 254 |

  Now before the Court is the joint letter discovery brief regarding the deposition of Kleber Santos. The Court GRANTS the request by Plaintiffs to take the deposition by August 18, 2025. The Court finds that Plaintiffs' representations that they need information from the deposition to prepare expert discovery valid. The parties must meet and confer upon a date, but the deposition must take place before August 18, 2025.

  **IT IS SO ORDERED**.

Dated: August 6, 2025



SALLIE KIM
United States Magistrate Judge