Lesley E. Weaver (SBN 191305)
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, CA 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020
E-mail: lweaver@bfalaw.com

Marlon E. Kimpson (*pro hac vice*)
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
E-mail: mkimpson@motleyrice.com

Mark C. Molumphy (SBN 168009)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax:         (650) 697-0577
E-mail: molumphy@cpmlegal.com

*Co-Lead Counsel for Lead Plaintiffs*
*[Additional counsel on signature page]*

Brendan P. Cullen (SBN 194057)
Sverker K. Hogberg (SBN 244640)
**SULLIVAN & CROMWELL LLP**
550 Hamilton Avenue
Palo Alto, CA 94301
Telephone: 650-461-5600
cullenb@sullcrom.com
hogbergs@sullcrom.com

Christopher M. Viapiano (*pro hac vice*)
**SULLIVAN & CROMWELL LLP**
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone: 202-956-7500
viapianoc@sullcrom.com

*Counsel for Nominal Defendant Wells Fargo & Company*
*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY HIRING PRACTICES SHAREHOLDER LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:22-cv-05173-TLT-SK<br><br>**NOTICE OF PROPOSED SETTLEMENT IN PRINCIPLE AND JOINT REQUEST TO STAY ACTION** |

On September 12, 2025, after extensive arms-length negotiations, the Parties reached a settlement in principle to resolve the litigation. The Parties are negotiating formal settlement documentation and will file a motion for preliminary approval of the settlement on or before October 13, 2025. The Parties request a hearing in mid-November 2025, subject to the Court's availability.

In light of the foregoing, the Parties jointly and respectfully request that the Court stay all pending deadlines in this matter.

Dated: September 15, 2025                                    Respectfully submitted,

| | |
|---|---|
| **BLEICHMAR FONTI & AULD LLP** | **SULLIVAN & CROMWELL LLP** |
| By: */s/ Lesley E. Weaver* | By: */s/ Brendan P. Cullen* |
| Lesley E. Weaver (SBN 191305) | Brendan P. Cullen (SBN 194057) |
| Anne K. Davis (SBN 267909) | Sverker K. Hogberg (SBN 244640) |
| Joshua D. Samra (SBN 313050) | 550 Hamilton Avenue |
| 1330 Broadway, Suite 630 | Palo Alto, CA  94301 |
| Oakland, CA 94612 | Telephone: 650-461-5600 |
| Telephone:  (415) 445-4003 | cullenb@sullcrom.com |
| Facsimile:  (415) 445-4020 | hogbergs@sullcrom.com |
| E-mail:  lweaver@bfalaw.com | |
|   adavis@bfalaw.com | Christopher M. Viapiano (*pro hac vice*) |
|   jsamra@bfalaw.com | 1700 New York Avenue, N.W., Suite 700 |
| | Washington, D.C.  20006 |
| Nancy A. Kulesa (*pro hac vice*) | Telephone: 202-956-7500 |
| 300 Park Avenue, Suite 1301 | viapianoc@sullcrom.com |
| New York, NY 10022 | |
| Telephone:  (212) 789-1340 | Leonid Traps (*pro hac vice*) |
| E-mail:  nkulesa@bfalaw.com | 125 Broad Street |
| | New York, NY  10004 |
| Derrick B. Farrell (*pro hac vice*) | Telephone: 212-558-4000 |
| 3411 Silverside Road | trapsl@sullcrom.com |
| Baynard Building, Suite 104 | |
| Wilmington, DE 19810 | *Counsel for Nominal Defendant Wells Fargo* |
| Telephone:  (302) 499-2112 | *& Company* |
| E-mail:  dfarrell@bfalaw.com | |
| | |
| **MOTLEY RICE LLC** | **WILLKIE FARR & GALLAGHER LLP** |
| By: */s/ Marlon E. Kimpson* | By: */s/ Todd G. Cosenza* |

| | |
|---|---|
| Marlon E. Kimpson (*pro hac vice*)<br>William S. Norton (*pro hac vice*)<br>Joshua C. Littlejohn (*pro hac vice*)<br>Vanessa A. Davis (*pro hac vice*)<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>Telephone:  (843) 216-9000<br>Facsimile:   (843) 216-9450<br>E-mail:        mkimpson@motleyrice.com<br>                    bnorton@motleyrice.com<br>                    jlittlejohn@motleyrice.com<br>                    vdavis@motleyrice.com | Todd G. Cosenza (*pro hac vice*)<br>Charles D. Cording (*pro hac vice*)<br>787 Seventh Avenue<br>New York, NY  10019<br>Telephone: 212-728-8677<br>tcosenza@willkie.com<br>ccording@willkie.com<br><br>Alexander L. Cheney (SBN 302157)<br>One Front Street<br>San Francisco, CA  94111<br>Telephone: (415) 858-7400<br>acheney@willkie.com |
| **COTCHETT, PITRE & MCCARTHY LLP**<br><br>By: */s/ Mark C. Molumphy*<br>Mark C. Molumphy (SBN 168009)<br>Tyson Redenbarger (SBN 294424)<br>Gia Jung (SBN 340160)<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Fax:            (650) 697-0577<br>E-mail:       mmolumphy@cpmlegal.com<br>                   tredenbarger@cpmlegal.com<br>                   gjung@cpmlegal.com<br><br>*Co-Lead Counsel for Lead Plaintiffs*<br><br>**BOTTINI & BOTTINI, INC.**<br>Francis A. Bottini, Jr. (SBN 175783)<br>Albert Y. Chang (SBN 296065)<br>Anne B. Beste (SBN 326881)<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, California 92037<br>Telephone:     (858) 914-2001<br>Facsimile:      (858) 914-2002<br>E-mail:          fbottini@bottinilaw.com<br>                      achang@bottinilaw.com<br>                      abeste@bottinilaw.com<br><br>*Counsel for Plaintiff Amy J. Isenberg* | *Counsel for the Defendants Steven D. Black, Mark A. Chancy, Celeste A. Clark, Theodore F. Craver, Jr., Richard K. Davis, Wayne M. Hewett, CeCe Morken, Maria R. Morris, Felicia F. Norwood, Richard B. Payne, Jr., Juan A. Pujadas, Ronald L. Sargent, and Suzanne M. Vautrinot*<br><br>**CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br><br>By: */s/ Jennifer Kennedy Park*<br>Jennifer Kennedy Park (SBN 344888)<br>1841 Page Mill Rd. Suite 250<br>Palo Alto, CA  94304<br>Telephone: 650-815-4130<br>jkpark@cgsh.com<br><br>Victor L. Hou (*pro hac vice*)<br>Mark E. McDonald (*pro hac vice*)<br>One Liberty Plaza<br>New York, NY  10006<br>Telephone: 212-225-2000<br>vhou@cgsh.com<br>memcdonald@cgsh.com<br><br>*Counsel for the Defendant Charles W. Scharf* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lesley E. Weaver, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of September, 2025, at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver