UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE WELLS FARGO & COMPANY HIRING PRACTICES SHAREHOLDER LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:22-cv-05173-TLT-SK<br><br>**[PROPOSED] ORDER TO STAY CASE DEADLINES AND SET DEADLINE FOR FILING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
|---|---|

1   In light of the parties' Notice of Proposed Settlement and Joint Request to Stay Action, the
2   pending deadlines in this matter are stayed. Plaintiffs shall file their motion for preliminary approval
3   of the proposed settlement on or before October 13, 2025.

5   **IT IS SO ORDERED.**

7   Dated: _____

    TRINA L. THOMPSON
8   United States District Judge